# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 16, 2025

Lyle W. Cayce
Clerk

_____

No. 24-50622
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Devin Joe Smith,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:24-CR-27-1

_____

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:*

Devin Joe Smith pleaded guilty to possession of a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1), and was sentenced within his advisory guidelines range to 71 months in prison and three years of supervised release. Smith argues on appeal that § 922(g)(1) violates the Second Amendment as applied to him; it facially violates the Second

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50622

Amendment; and it violates the Commerce Clause. We review Smith's claims de novo. *See United States v. Howard*, 766 F.3d 414, 419 (5th Cir. 2014).

As Smith correctly concedes, his facial challenge to § 922(g)(1) and his Commerce Clause arguments are foreclosed. *See United States v. Diaz*, 116 F.4th 458, 461-62, 471-72 (5th Cir. 2024), *cert. denied*, 2025 WL 1727419 (U.S. June 23, 2025) (No. 24-6625); *United States v. Alcantar*, 733 F.3d 143, 145-46 (5th Cir. 2013). As for Smith's as-applied challenge to § 922(g)(1), his argument fails in light of our recent decision in *United States v. Kimble*, 142 F.4th 308, 309, 317-18 (5th Cir. 2025), as well as *United States v. Chapman*, 851 F.3d 363, 375 (5th Cir. 2017).

Accordingly, the judgment of the district court is AFFIRMED.